UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                          Plaintiff,<br>v.<br>PAULINA GRICHTCHENKO (6),<br>                          Defendant. | Case No.: 17CR4309-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

    Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for November 24, 2021 shall be continued to **January 7, 2022** at **1:30 p.m.**  In the future, counsel shall obtain a new hearing date from the Courtroom Deputy prior to filing a motion to continue.  See Local Criminal Rule 47.1.  Defendant shall file an acknowledgment of the new hearing date within one week of this order.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

    IT IS SO ORDERED.

Dated:  November 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge